**FEE PAID**

FILED

ROGER WHITACRE _____ (Full Name)

roger.whitacre@twc.com _____ (Email Address)

1340 Port Drive _____ (Address Line 1)

Oxnard, CA 93035 _____ (Address Line 2)

(805) 396-7838 _____ (Phone Number)

Plaintiff in Pro Per

2024 MAY 10 PM 3:05

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LACV24-3941-SB-DFM

Roger Whitacre,

Plaintiff,

vs.

Citizens Journal, LLC.

and

Gannett Media Corp. (dba Ventura
County Star)

Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ■Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because 6th and 14th amendment (judging accusation as fact with NO impartial trial, NO due process, and NO equal protection of laws.

1

Page Number

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023

## III. PARTIES

3.    Plaintiff _____ Roger Whitacre _____ resides at:
1340 Port Drive Oxnard, CA 93035 *(your full name)*

_____ .
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ CITIZENS JOURNAL, LLC. _____ works at
*(full name of Defendant)*
https://www.citizensjournal.us/
*(Defendant's place of work)*

Defendant's title or position is _____ Media Press _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because: The Press has the Right to
report Public Safety concerns, the media DOES NOT have a privilege or Right
to print lies/falsehoods made by another reguardless of the source.

5. Defendant _____ GANNETT MEDIA CORP. (dba VENTURA COUNTY STAR) _____ works at
*(full name of Defendant)*
https://www.vcstar.com/
*(Defendant's place of work)*

Defendant's title or position is _____ Media Press _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because: The Press has the Right to
report Public Safety concerns, the media DOES NOT have a privilege or Right
to print lies/falsehoods made by another reguardless of the source.

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Roger Whitacre, was detained for questioning on March 25, 2018 following an unfounded accusation by roommate Jason Hixon of assault with a firearm. I was released on my own recogizance. The Oxnard Police Department had allowed the Citizens Journal and Ventura County Star access to ongoing investigation information and both media press decided to publish the lies of an alcoholic roommate who was facing eviction by the end of the month as facts, the very same morning (March 25, 2018), with no followup on the case nor my imput.

2. I, Roger Whitacre, was SWATTED by an alcoholic roommate I was in the process of evicting for his increasing erratic behavior. He invented a narrative of violence and an injury to avoid homlessness and to attempt to remain in my house at 730 W. Roderick Ave. Oxnard, CA. I, Roger Whitacre, was provided D.A. and OPD letters absolving me of any and all wrongdoing in reguards to the accusation and have been found factually innocent as there is insufficient evidence a had crime ever occured.

3. I, Roger Whitacre, emailed both the VC Star and Citizens Journal for the removal of the libelous article from their websites and was only able to get the articles partially removed only after I went to the VC Star in person and provided a VC Star representative with the OPD and D.A. letters clearing me of the accusation and formally request they fully removed the libelous article. There were thousands of printed newspapers with this libelous article. I, Roger Whitacre, attest to these statements as facts.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

4. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

5. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

Insert ¶ #

6th amendment: Judging accusation as fact with NO impartial trial NO ability for defendants right to confront adverse witnesses.

14th Amendment: NO Due Process and NO equal protection of the laws.

6. The above civil right was violated by the following Defendants:

Insert ¶ #

Citizens Journal, LLC.

and

GANNETT MEDIA CORP. (dba VENTURA COUNTY STAR)

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

7. Ventura County Star and Citizens Journal, while have First Amendment

Insert ¶ #

privilege and a duty to report public safety briefs, the media DOES NOT have privilege to slander an individual based on a false statement made by another (regardless of the source). The media ALSO DOES NOT have the right to take on the role of the judicial system, where Ventura County Star and Citizens Journal played Judge, Jury and Executioner in the case of publishing a harmful libel article that was later deemed by the Ventura County judicial system as "lacking of evidence crimes occurred."

8. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Insert ¶ #

Mr. Whitacre lost his job and has been in provable poverty with current wage loss, TSP investments, and benefits exceeding $2.6+ million to date. I have applied for comparable jobs without security clearance and have been rejected for blacklisted.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 2 )

*(insert Claim#)*

9. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

10. Unlawfully and unauthorized the use and dissemination of P. I. I.

*Insert ¶ #* Never once did the VC Star nor the Citizens Journal attempt to ascertain the facts before publishing the lies of an accuser with the heightened malice of printing my Name, Face and Address (read as Proof of Unlawful Use and Dissemination of Personal Identifying Information to anyone having a newspaper subsription or searchable to anyone in a search engine ('search 'roger whitacre arrest' )

11. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* (See Supporting Document: 'Assault with a deadly weapon arrest in Oxnard)

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

12. Libelous article was published the very same morning March 25, 2018

*Insert ¶ #* and thousands of print versions were disseminated along with digital versions searchable to anyone with an internet connection.

13. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way: Mr. Whitacre lost his job and is in provable poverty with current wage loss, TSP investments, and benefits exceeding $2.6+ million to date. I have applied for comparable jobs without security clearance and have been rejected for blacklisted.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

14. Full Financial Restoration to date is sought. $2,641, 013.77 is the current

*Insert ¶ #*

rate calculated from existing labor, investment, and benefit losses from April 2018 to April 2024, is fair, just and equitable.

15. and for Gannett (i.e. VC star)and Citizens Journal to completely remove the

*Insert ¶ #*

damaging article from internet searches (even if it means Gannett and Citizens Journal contacting all search engine companies for request for removal of any any and all articles when a search of 'roger whitacre arrest' is initiated.

*Insert ¶ #*

*Insert ¶ #*

Dated: 10 / May / 2024

Sign: _____

Print Name: Roger Whitacre

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _10/May/2024_

Sign: _____

Print Name: Roger Whitacre

Civil Rights Complaint Pursuant to U.S.C. § 1983