JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROGER WHITACRE, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS JOURNAL, LLC, et al., <br><br> Defendants. | No. CV 24-03941-SB (DFM) <br><br> Order Accepting Report and Recommendation of U.S. Magistrate Judge |

The Court has reviewed the U.S. Magistrate Judge's Report and Recommendation and has conducted a de novo review of "those portions of the report or specified proposed findings or recommendations to which objection is made," as required by 28 U.S.C. § 636(b)(1). Plaintiff's objections reiterate arguments made in his opposition to the motion to dismiss and do not substantively contend with dispositive points addressed in the Report and Recommendation, including that the § 1983 claims are untimely and do not involve state action. The Court accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

IT IS THEREFORE ORDERED that the motion to dismiss filed by Defendant Gannett Media Corp. d/b/a Ventura County Star ("the Star") is GRANTED and that Plaintiff's federal claims against the Star are DISMISSED WITH PREJUDICE.

The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state-law claim and DISMISSES IT WITHOUT PREJUDICE to Plaintiff refiling it in state court.

Date: October 11, 2024

_____
STANLEY BLUMENFELD, JR.
United States District Judge