# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROGER WHITACRE,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS JOURNAL, LLC, et al.,<br><br>Defendants. | No. LA CV 24-03941-SB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's claims against Citizens Journal, LLC are dismissed without prejudice for failure to prosecute and failure to effectuate service.[1]

Date: November 20, 2024

_____
STANLEY BLUMENFELD, JR.
United States District Judge

---

[1] Plaintiff's motion to compel, Dkt. No. 30, is denied as moot.