JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROGER WHITACRE,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS JOURNAL, LLC, et al.,<br><br>Defendants. | No. LA CV 24-03941-SB (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Plaintiff's claims against Citizens Journal, LLC are dismissed without prejudice for failure to prosecute and failure to effectuate service. The Clerk of Court shall close this case.

Date: November 20, 2024

_____
STANLEY BLUMENFELD, JR.
United States District Judge