UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROGER WHITACRE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIZENS JOURNAL, LLC et al.,<br><br>　　　　Defendants. | No. 2:24-cv-03941-SB-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge (Dkt. 31), IT IS ADJUDGED that Plaintiff's federal claims against Gannett Media Corp. d/b/a Ventura County Star ("the Star") are dismissed with prejudice; and that Plaintiff's state-law claim against the Star is dismissed without prejudice to Plaintiff refiling it in state court.

Dated: November 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ JB
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge